1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CSBN 206052)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3705
7     Facsimile: (510) 637-3724

8  Attorneys for Plaintiff

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              OAKLAND DIVISION

12 UNITED STATES OF AMERICA,           )   No.   CR 05-0335 CW
                                       )
13        Plaintiff,                   )   STIPULATION AND [PROPOSED]
                                       )   ORDER EXCLUDING TIME FROM
14    v.                               )   AUGUST 8, 2005 TO AUGUST 22, 2005
                                       )   FROM THE SPEEDY TRIAL ACT
15 LESLIE CARL GRAHAM, JR.,            )   CALCULATION (18 U.S.C. §
                                       )   3161(h)(8)(A))
16                                     )
          Defendants.                  )
17                                     )

18

19        With the agreement of the parties, and with the consent of the defendant, the Court enters

20 this order scheduling an appearance date of August 22, 2005 at 2:00 p.m. before the Honorable

21 Claudia Wilken for change of plea or trial and motions setting, and documenting the exclusion of

22 time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from August 8, 2005 to August 22, 2005.

23 The parties agree, and the Court finds and holds, as follows:

24     1. The defendant is in custody.

25     2. The defendant agrees to an exclusion of time under the Speedy Trial Act based upon

26 defense counsel's need to review discovery and consult with her client to effectively prepare to

27 defend this case.

28     3. Counsel for the defense believes that the exclusion of time is in her client's best

FILED
AUG 1 0 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  interest.

2      4. Given these circumstances, the Court finds that the ends of justice served by excluding

3  the period from August 8, 2005 to August 22, 2005, outweigh the best interest of the public and

4  the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5      5. Accordingly, and with the consent of the defendant, the Court (1) sets an appearance

6  date before the Honorable Claudia Wilken of August 22, 2005 at 2:00 p.m. for change of plea or

7  motions and trial setting; and (2) orders that the period from August 8, 2005 to August 22, 2005

8  be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

10 STIPULATED:

12 DATED: 8/8/05

    SHAWN HALBERT
    Attorney for the Defendant

15 DATED: 8-8-05

    KIRSTIN M. AULT
    Assistant United States Attorney

17 IT IS SO ORDERED.

19 DATED: AUG 10 2005

    CLAUDIA WILKEN
    United States District Judge