EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division
KIRSTIN M. AULT (CSBN 206052)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3705
Facsimile: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LESLIE CARL GRAHAM, JR.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | No.   CR 05-0335 CW<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SEPTEMBER 12, 2005 TO SEPTEMBER 26, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|---|---|---|

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an appearance date of September 26, 2005 at 2:00 p.m. before the Honorable Claudia Wilken for change of plea or trial and motions setting, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from September 12, 2005 to September 26, 2005. The parties agree, and the Court finds and holds, as follows:

1. The defendant is in custody.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act based upon appointment of new defense counsel and defense counsel's need to review discovery and consult with his client to effectively prepare to defend this case.

3. Counsel for the defense believes that the exclusion of time is in his client's best

the period from September 12, 2005 to September 26, 2005 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court (1) sets an appearance date before the Honorable Claudia Wilken of September 26, 2005 at 2:00 p.m. for change of plea or motions and trial setting; and (2) orders that the period from September 12, 2005 to September 26, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED: 9/15/05

JEROME MATTHEWS
Attorney for the Defendant

DATED: 9/13/05

KIRSTIN M. AULT
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 9/19/05

CLAUDIA WILKEN
United States District Judge

IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA